CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:26-mj-00167-ML-1

| | |
|---|---|
| Case title: USA v. Bloys | Date Filed: 02/11/2026 |
| Other court case number: 4:25-cr-210-6-JDK Eastern District of Texas - Sherman | Date Terminated: 02/11/2026 |

Assigned to: Judge Mark Lane

**Defendant (1)**
**Jamie Lee Bloys**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 - Bond Violation - ED/TX - Sherman | |

**Plaintiff**
**USA**   represented by   **Matthew B. Devlin**
Assistant United States Attorney
903 San Jacinto Blvd.
Suite 334
Austin, TX 78701
(512) 916-5858
Fax: (512) 370-1292
Email: matt.devlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2026 | 1 | Arrest (Rule 5/Rule 32.1) of Jamie Lee Bloys (knf) (Entered: 02/11/2026) |
| 02/11/2026 | 2 | MOTION to Detain Defendant without Bond by USA as to Jamie Lee Bloys. (knf) (Entered: 02/11/2026) |
| 02/11/2026 | 3 | Minute Entry for proceedings held before Judge Mark Lane:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Jamie Lee Bloys held on 2/11/2026 (Minute entry documents are not available electronically.) (Court Reporter FTR Austin.) (knf) (Entered: 02/11/2026) |
| 02/11/2026 | 4 | WAIVER of Rule 5 & 5.1 Hearing as to Jamie Lee Bloys. (knf) (Entered: 02/11/2026) |
| 02/11/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT/DIVISION as to Jamie Lee Bloys. Defendant committed to Eastern District of TX - Sherman Division. Signed by Judge Mark Lane. (knf) (Entered: 02/11/2026) |
| 02/11/2026 | 6 | Notice to Eastern District of Texas - Sherman of a Rule 5, Rule 32, or Rule 40 Appearance as to Jamie Lee Bloys. Your case number is: 4:25-cr-210-6-JDK. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to TXWD_ECF_help@txwd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (knf) (Entered: 02/11/2026) |