IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:25-cr-00210-JDK-JDL-6 |
| | § | |
| JAMIE LEE BLOYS (6) | § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

TO THE HONORABLE JEREMY D. KERNODLE,
DISTRICT JUDGE, EASTERN DISTRICT OF TEXAS:

COMES NOW, JAMIE LEE BLOYS (Defendant), by and through his attorney of record, Cody L. Cofer, and files this motion to continue the hearing to revoke Mr. Bloys' conditions of release. Defendant moves the Court to continue the bond revocation hearing currently scheduled for February 23, 2026.

As grounds for continuance and in support thereof, Defendant would show the Court:

1. **The Government does not oppose this motion;**

2. The Court has scheduled a Bond Revocation Hearing for February 23, 2026;

3. On February 17, 2026, Counsel and Co-Counsel were scheduled to begin Jury Trial on Case No. 4:25-CR-00259-P-1, *USA v. Cameron Arnold*, before the Honorable Judge Mark T. Pittman in the United States District Court for the Northern District of Texas, Fort Worth Division. The district court designated this case as complex due to voluminous discovery, the number of conspirators involved in the case, and the possibility of the existence of

relevant classified information. On February 17th, during Voir Dire, the Honorable District Judge Mark Pittman declared a mistrial. The trial was rescheduled to begin February 23, 2026. The Honorable District Judge Mark T. Pittman indicated the jury trial will commence when scheduled and is expected to last two to three weeks; and

4. March 16 – March 20th, Counsel is scheduled out of the office for a pre-planned family vacation.

Counsel does not intend to communicate that any of these listed matters are more important than the instant case or the management of this court's docket. However, Counsel has been unable to adequately prepare for a revocation hearing and properly advise his client. Counsel has not been able to fully pursue this matter with the prosecution to determine whether there are grounds for Mr. Bloys to remain on conditional release.

A continuance will enable counsel to provide effective assistance of counsel. Granting this motion shall serve the ends of justice. Granting this motion does not prejudice the Defendant's or the public interest in a speedy trial. Any prejudice to the defendant's or public interest in a speedy trial is outweighed by the ends of justice served. Granting this motion will not likely make continuation of such proceedings impossible or result in the miscarriage of justice.

WHEREFORE PREMISES CONSIDERED, Defendant prays that in the above referenced and entitled cause, the Court continue the bond revocation hearing to a later date.

Respectfully submitted,

*/s/ Cody L. Cofer*
CODY L. COFER
TX SBN: 24066643
Cofer Luster Law Firm
604 E 4th Street, Suite 101
Fort Worth, TX 76102
Phone: 682-777-3336
Fax: 682-238-5577
Email: ccofer@coferluster.com
Attorney for Defendant

### CERTIFICATE OF CONFERENCE

I hereby certify that on February 20, 2026, I conferred with the attorney for the Government regarding this motion. The Government does not oppose this motion.

*/s/ Cody L. Cofer*
CODY L. COFER

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing document with the clerk for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorney for the Government.

*/s/ Cody L. Cofer*
CODY L. COFER
Attorney for Defendant