AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:25cr210-6-JDK-JDL |
| Jamie Lee Bloys | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jamie Lee Bloys
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:3142(c)   Violation for Action on Conditions of Pretrial Release

Date: 12/29/2025

City and state: Sherman, TX

*Issuing officer's signature*: David A. O'Toole

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on (date) 02/10/2026, and the person was arrested on (date) 02/11/2026
at (city and state) Brady, TX

Date: 02/11/2026

*Arresting officer's signature*

Christopher R. Faidley, FBI Special Agent
*Printed name and title*